# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>HOKU CORPORATION,<br>　　　　Debtor.<br><br>R. SAM HOPKINS, Chapter 7 Trustee,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WARD TANK AND HEAT EXCHANGER CORPORATION, a North Carolina corporation; and John Does 1 through 10,<br>　　　　Defendants. | Case No. 4:15-cv-362-BLW<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding.  *See* Dkt. 31 in Case No. 15-8049-JDP.  This proceeding, likewise, should be dismissed.  Accordingly,

　　　IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs.



DATED: November 16, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**DISMISSAL ORDER - 1**